Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  19−27870−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Helen J Kim
   aka Hyo J. Kim
   1082 Palisade Ave
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−0761

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2019
JAN: ntp

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-27870-SLM
Helen J Kim                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 18, 2019
                              Form ID: 148             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db             +Helen J Kim,    1082 Palisade Ave,    Fort Lee, NJ 07024-6328
518467489      +Harrington Park Townhouses,    c/o Cervilli Management,    PO Box 62035,    Newark, NJ 07101-8061
518467493       Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
518467494       Mecury Card,    Card Services,    PO Box 70168,    Philadelphia, PA 19176-0168
518467496      +US Bank NA,    c/o Shapiro & Denardo LLC,    14000 Commerce Parkway,    Suite B,
                 Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Nov 19 2019 06:03:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518467490      +EDI: TSYS2.COM Nov 19 2019 06:03:00      Barclays,   PO Box 13337,    Philadelphia, PA 19101-3337
518499569       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 19 2019 02:06:29
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518467491       EDI: DISCOVER.COM Nov 19 2019 06:03:00      Discover,   PO Box 71084,    Charlotte, NC 28272-1084
518467492       EDI: AMINFOFP.COM Nov 19 2019 06:03:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
518467495       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 19 2019 02:05:05     Merrick Bank,
                 PO Box 660175,    Dallas, TX 75266-0175
518553246       EDI: PRA.COM Nov 19 2019 06:03:00      Portfolio Recovery Associates, LLC,    c/o Uber,
                 POB 41067,    Norfolk VA 23541
518556842      +EDI: JEFFERSONCAP Nov 19 2019 06:03:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518470367      +EDI: RMSC.COM Nov 19 2019 06:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    GSAA Home Equity Trust 2007-7, Asset-Backed
               Certificates, Series 2007-7, U.S. Bank, National Association, as Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```